# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DEMETRIUS BARBER**                                              **PLAINTIFF**

**v.**                                                                                **No. 4:18CV149-JMV**

**DR. JAMES BURKE**
**P. RILEY**
**R. PENNINGTON**                                         **DEFENDANTS**

## ORDER DISMISSING MOTION [20] FOR A
## CERTIFICATE OF APPEALABILITY AS UNNECESSARY

This matter comes before the court on the motion [20] for a Certificate of Appealability in this case filed under 42 U.S.C. § 1983. As a Certificate of Appealability is only appropriate in *habeas corpus* cases the instant motion [20] is **DISMISSED** as unnecessary.

**SO ORDERED**, this, the 6th day of January, 2020.

                                                    /s/ Jane M. Virden
                                                    UNITED STATES MAGISTRATE JUDGE