# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

December 7, 2020

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Demetrius Barber
         v. James Burke, et al.
         No. 20-5906
         (Your No. 20-60093)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk



# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 08, 2020

Mr. David Crews
Northern District of Mississippi, Greenville
United States District Court
911 Jackson Avenue
Oxford, MS 38655

    No. 20-60093    Demetrius Barber v. James Burke, et al
                       USDC No. 4:18-CV-149

Dear Mr. Crews,

Enclosed is a copy of the Supreme Court order denying certiorari.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Stacy M. Carpenter, Deputy Clerk